# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOAH NATHAN | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-4547 |
| v. | : | |
| | : | |
| TAKEDA PHARMACEUTICALS U.S.A., INC. | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 17th day of July 2019, upon consideration of Defendant Takeda Pharmaceuticals, U.S.A., Inc.'s ("Defendant") *motion to transfer venue*, [ECF 6], Plaintiff Noah Nathan's opposition thereto, [ECF 9], and Defendant's reply, [ECF 13], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a), and to mark this matter **CLOSED**.

BY THE COURT:

 /s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*